972 F.2d 1331
 Marchbein (Eric), Thomas (Marjorie), Mc Kinney (Mark), Clark
(Jeanne), Freed (Blair), Davis (Katherine Ayn),
Friedman (Shelly)
v.
Haggerty (James J.), Foerster (Thomas), Flaherty (Pete),
Dunn (Lawrence), Allegheny County Democratic Committee,
Milko (Jean), Allegheny County Republican Committee, Baer
(Max), Mazur (Lee), Manning (Jeffrey), Baldwin (Cynthia),
Lee (Donald), Gallo (Robert), Lutty (Paul), Noel (Simon),
Behrend (Kenneth)
 NOS. 91-3905, 91-3922
 United States Court of Appeals,
Third Circuit.
 July 30, 1992
 
 1
 Appeal From: W.D.Pa.
 
 
 2
 VACATED.